IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DERRICK BERNARD JACKSON,                    *

          Petitioner,                 *

v.                                                            Case No.  **5:25-cv-00485-CAR-CHW**

                                       *

WARDEN CURTIS CLARK,

          Respondent.                 *

_____                *

## **J U D G M E N T**

Pursuant to this Court's Order dated 6/5/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of June, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk